No. 92–7925. THREADGILL v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–7950. SCARBOROUGH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 92–7956. FRANCIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7959. HOOD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 92–7964. GRANT v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7965. GRANT v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7973. LEWIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–7986. GOFF v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 92–8018. HALL v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 92–8021. TRUSS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8026. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8030. NJOKU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8031. PETERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8035. CARTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.